**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | **CASE NO. 23-34852** |
| **WEIDENHEFT ENTERPRISES, LLC** | § | **CHAPTER 7** |
| | § | |
| | § | **CHIEF JUDGE EDUARDO V.** |
| DEBTOR | § | **RODRIGUEZ** |

**NOTICE OF RECEIPT**

Please take notice that the $8,500.00 to be received from Stephen Weidenheft for the purchase of the 2016 Toyota Camry VIN# 4T1BF1FK1GU139428 (the "Toyota") have been received. Per the Court's Order entered on February 26, 2024 at Docket Number 17, the Toyota is hereby deemed abandoned.

Respectfully submitted,

*/s/ Marc Douglas Myers*
_____
Marc Douglas Myers
Ross, Banks, May, Cron & Cavin, P.C.
SBN 00797133
7700 San Felipe, Suite 550
Houston, Texas 77063
(713) 626-1200; (713) 623-6014 fax
mmyers@rossbanks.com
COUNSEL FOR THE TRUSTEE